■ MICHAEL DRAKE, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 2.)—Judgment unanimously affirmed, without costs, for the reasons stated at Court of Claims (97 Misc 2d 1015), Lowery, J. (Appeal from judgment of Court of Claims—dismiss claim.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ In the Matter of AVON MORRIS, Petitioner, v JOHN A. DILLON, as a Judge of the County Court of Erie County, et al., Respondents.—Petition unanimously denied, without costs. (CPLR art 78.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.